# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RSUI INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 17-cv-01094 |
| ) | |
| SCI DIRECT, INC. d/b/a ) | |
| NEPTUNE SOCIETY and ) | |
| LINDA ALLARD, ) | |
| ) | |
| Defendants, ) | |

## NOTICE OF DISMISSAL

NOW COMES Plaintiff, RSUI INDEMNITY COMPANY ("RSUI"), who states as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Rule 41 provides that a plaintiff "may dismiss an action without a court order by filing" a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i).

2. RSUI and SCI DIRECT, INC. entered into a settlement relating, in part, to the claims asserted in this lawsuit, the terms of which are set forth in an executed settlement agreement ("the Agreement").

3. Neither SCI DIRECT, INC. nor LINDA ALLARD has served an answer or motion for summary judgment.

4. The undersigned counsel hereby notifies the Court that the issues between the Parties to this lawsuit have been settled.

5. RSUI, therefore, voluntarily dismisses this lawsuit with prejudice and without costs, pursuant to the Agreement and Rule 41.

**Dated this 25th day of October, 2017**

                                      Respectfully submitted,

                                      /s/ Jeremy S. Macklin
                                      Jeremy S. Macklin
                                      *Attorney for RSUI Indemnity Company*

MICHAEL S. KNIPPEN (*Pro Hac Vice*)
JEREMY S. MACKLIN (*Pro Hac Vice*)
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
303 W. Madison St., Suite 1200
Chicago, Illinois 60606
(312) 332-3900

BRADFORD D. BOX (BPR No. 016596)
ADAM P. NELSON (BPR No. 033681)
RAINEY, KIZER, REVIERE & BELL, PLC
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302
(731) 423-2414

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing document was filed on October 25, 2017, with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel on record and mailed copies to all parties who have not appeared via U.S. Mail.

<u>Co-Counsel for RSUI Indemnity</u>
BRADFORD D. BOX (BPR No. 016596)
ADAM P. NELSON (BPR No. 033681)
RAINEY, KIZER, REVIERE & BELL, PLC
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302
(731) 423-2414

<u>Via U.S. Mail</u>
John I. Houseal, Jr.
Glankler Brown
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
jhouseal@glankler.com

<u>Via U.S. Mail</u>
Jeremy M. Glapion
The Glapion Firm, LLC
1704 Maxwell Drive
Wall, NJ 07719
jmg@glapionlaw.com

                                         <u>/s/ Jeremy S. Macklin</u>