UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RSUI INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:17-cv-01094 |
| ) | CHIEF JUDGE CRENSHAW |
| SCI DIRECT, INC., d/b/a NEPTUNE ) | |
| SOCIETY and LINDA ALLARD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Plaintiff has filed a Notice of Dismissal. (Doc. No. 18.) Accordingly, this action is **DISMISSED with Prejudice**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE