UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RSUI Indemnity Company, Inc.

                              Plaintiff,

v.                                         Case No.: 3:17–cv–01094

SCI Direct, Inc., et al.

                              Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/2/2017 re [19].

                                                          Keith Throckmorton, Clerk
                                                    s/ Dalaina Thompson, Deputy Clerk